WOOD v. COUNTY OF TATTNALL.

FISH, J.  The fact that a judge of a superior court, to whom a petition for cer-
tiorari is presented, in refusing to sanction the same enters thereon and signs
an order that it be filed in the office of the clerk of such court, and that it be
made a part of the record in the case, does not make the petition a part of
such record, and a certified copy of it can not be brought to this court as rec-
ord.  In order for the Supreme Court to review a refusal to sanction a petition
for certiorari, the petition must be incorporated in the bill of exceptions or
otherwise verified by the judge.  *Railway Co.* v. *Whitehead*, 105 *Ga.* 492 ;
*Anthony* v. *State*, 112 *Ga.* 751.
*Writ of error dismissed.  All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 22, 1902.

*C. W. Seals* and *W. T. Burkhalter*, for plaintiff.